IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 04-CR-30139-MJR |
| ) | |
| CYRUS FULP, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**REAGAN, District Judge:**

Pursuant to **Fed. R. Crim. P. 11** and **District Rule 72.1(b)(2)**, the United States of America and Defendant Fulp consented to appear before United States Magistrate Judge Clifford J. Proud for the purpose of Defendant entering a guilty plea. Defendant entered his plea on February 24, 2006 (Doc. 501). On the same day, Magistrate Judge Proud issued a Report and Recommendation that the undersigned District Judge accept Defendant's pleas (Doc. 502).

The parties had ten days in which to file any objections to the Report. **28 U.S.C. 636(b)(1)(B).** The deadline for objections has passed, and none were filed. Accordingly, this Court **ADOPTS** the Report and Recommendation (Doc. 502) and **ACCEPTS** Defendant's plea.

IT IS SO ORDERED.

DATED this 19th day of May, 2006.

s/Michael J. Reagan
**MICHAEL J. REAGAN**
**United States District Judge**

1